

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-21-2002

# In Re Albert Heaton

Precedential or Non-Precedential: Non-Precedential

Docket No. 01-4002

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"In Re Albert Heaton " (2002). *2002 Decisions.* Paper 528.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/528

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 01-4002

IN RE: ALBERT S. HEATON,
                                        Debtor

ALBERT S. HEATON

v.

FORD MOTOR CREDIT

ROBERT H. HOLBER, ESQUIRE
FREDERIC J. BAKER, ESQUIRE,

                                                Trustees

Albert S. Heaton,
                                Appellant

No. 01-4003

IN RE:

DARLENE A. HELEVA,
                                        Debtor

Darlene A. Heleva,
                                Appellant

Appeals from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Nos. 00-cv-03433 & 00-cv-03434)
District Judge:  Honorable Jay C. Waldman

Argued June 28, 2002

Before: AMBRO, STAPLETON and CUDAHY\*, Circuit Judges.

(Filed: August 21, 2002)

Dexter K. Case, Esquire (Argued)
541 Court Street
Reading, PA   19601

*Attorney for Appellant*

Kevin H. Buraks, Esquire
David E. Stern, Esquire (Argued)
Wolf, Block, Schorr & Solis-Cohen
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103

*Attorneys for Appellee*

OPINION

---

\* Honorable Richard D. Cudahy, United States Circuit Judge for the for the Seventh Circuit, sitting by designation.

AMBRO, Circuit Judge:

For essentially the reasons set out in Judge Waldman's comprehensive

Memorandum Orders, dated October 1, 2001, and September 28, 2001, respectively, we

affirm the District Court's judgments.

_____

TO THE CLERK:

      Please file the foregoing Opinion.

                         By the Court,

                         /s/ Thomas L. Ambro
                         Circuit Judge